UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. S., *on behalf of A.S., a child with disabilities, and* A.B., *on behalf of A.S., a child with disabilities*,

Plaintiffs,

– *against* –

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

**ORDER**

24-cv-9689 (ER)

RAMOS, D.J.:

A.S. and A.B. (together "Plaintiffs"), both on behalf of their child, A.S., filed suit against the New York City Department of Education (the "DOE"), under the Individuals with Disabilities Education Act ("IDEA"), Section 504 of the Rehabilitation Act, the Americans with Disabilities Act ("ADA"), New York State Education Law, and 42 U.S.C. § 1983, seeking funding for A.S.'s private school tuition for the 2023–24 school year. Doc. 1 at 24–29. Plaintiffs filed the complaint in this action on December 16, 2024. Doc. 1. On May 22, 2025, the Court received the administrative record, which was filed under seal. Doc. 13. The parties cross-moved for summary judgment, Docs. 14 and 15, and on September 2, 2025, the motions were fully briefed. See Doc. 18.

Today the Court issued an Opinion and Order denying Plaintiffs' motion for summary judgment and granting the DOE's motion for summary judgment. The Court will email the Opinion and Order to the parties so that they may review the same and suggest proposed redactions. The parties are instructed to submit their proposed redactions, on consent, by email to chambers by Friday, April 3, 2026, at 5:00 p.m., or inform the Court that no redactions are necessary.

The Clerk of Court is respectfully directed to terminate the motions, Docs. 14, 15, and close the case.

Dated:   March 31, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2