**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
A. S., on behalf of A.S., a child with
disabilities, and A.B., on behalf of
A.S., a child with disabilities,

                        Plaintiffs,                        24 **CIVIL** 9689 (ER)

        -against-                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2026, Plaintiffs' motion for summary judgment is DENIED and the DOEs motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
March 31, 2026

                                      **TAMMI M. HELLWIG**
                                      _____
                                        **Clerk of Court**

                 **BY:**            _____
                                    **Deputy Clerk**