UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. S., *on behalf of A.S., a child with disabilities, and* A.B., *on behalf of A.S., a child with disabilities*,

Plaintiffs,

– against –

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

**ORDER**

24-cv-9689 (ER)

Ramos, D.J.:

A.S. and A.B. (together "Plaintiffs"), both on behalf of their child, A.S., filed suit against the New York City Department of Education (the "DOE"), under the Individuals with Disabilities Education Act ("IDEA"), Section 504 of the Rehabilitation Act, the Americans with Disabilities Act ("ADA"), New York State Education Law, and 42 U.S.C. § 1983, seeking funding for A.S.'s private school tuition for the 2023–24 school year. Doc. 1 at 24–29. Plaintiffs filed the complaint in this action on December 16, 2024. Doc. 1. On May 22, 2025, the Court received the administrative record, which was filed under seal. Doc. 13. The parties cross-moved for summary judgment. Docs. 14, 15.

On March 31, 2026, the Court issued an Opinion and Order denying Plaintiffs' motion for summary judgment and granting the DOE's motion for summary judgment. The Court emailed the Opinion and Order to the parties so that they could review it and suggest redactions. The Court issued an order directing the parties to submit proposed redactions, on consent, by Friday, April 3, 2026, at 5:00 p.m. Doc. 22.

On April 3, 2026, both parties wrote the Court by email. Plaintiffs indicated that they do not have any proposed redactions and that they oppose the DOE's proposed

redactions.  The DOE requested an additional week to notify the Court of its position regarding any redactions.

The extension request is granted.  The DOE is directed to submit proposed redactions by email to chambers by Friday April 10, 2026, at 5:00 pm, or inform the Court that no redactions are necessary.

Dated:   April 3, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2